**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| Lemus, | | |
| | Plaintiff, | 15CV5592 (NSR)(LMS) |
| - against - | | |
| Pezzementi, et al., | | ORDER |
| | Defendants. | |

**Lisa Margaret Smith, U.S.M.J.**

      Plaintiff filed a response to the Court's order to show cause why the undersigned should not recommend that Judge Román deny Plaintiff's request for the entry of a default judgment awarding him money damages. Docket # 82 ("Braunstein Decl."). Counsel states in his declaration, "Plaintiff's initial submission was delayed because Mr. Lemus's Clinical Neuropsychologist was uncomfortable providing an affidavit/declaration because he had not seen Mr. Lemus in approximately three years," and "Because Mr. Lemus needs a translator, we were no [sic] able to schedule an appointment before all non-essential medical visits were cancelled." Braunstein Decl. ¶¶ 3-4. In conclusion, counsel states, "It is respectfully requested that the Court provide Mr. Lemus additional time to meet with his Clinical Neuropsychologist after the limits on non-emergent/non-essential medical care is [sic] lifted or relaxed." Id. ¶ 7.

      Under the circumstances, the Court **grants** Plaintiff's request but hereby orders that Plaintiff shall provide the Court with an update **30 days from the date hereof**, informing the Court as to Plaintiff's ability to meet with his clinical neuropsychologist and when such appointment will be scheduled to occur. Although the Court understands that in-person, non-essential medical appointments have been cancelled for the time being, Plaintiff must provide the

1

Court with an explanation as to why he is unable to meet with his clinical neuropsychologist remotely, even though he needs a translator, who may participate remotely as well.

Dated: April 9, 2020
      White Plains, New York

                                   **SO ORDERED,**

                                   _____
                                   Lisa Margaret Smith
                                   United States Magistrate Judge
                                   Southern District of New York