# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                            May 6, 2020
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## CANCELLATION NOTICE

The status conference scheduled for Tuesday, May 19, 2020, at 2:00 PM, before the Honorable Lisa Margaret Smith, United States Magistrate Judge, in the matter of <u>Lemus v. Pezzementi, et al.</u>, 15-cv-5592 (NSR) (LMS), has been *cancelled*.

SO ORDERED: /s/ Lisa Margaret Smith
Hon. Lisa Margaret Smith
U.S.M.J.