UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMIRO LEMUS, on behalf of himself and all others similarly situated,

                **Plaintiff,**

- *against* -

TODD PEZZEMENTI and NORTHERN TREE SERVICE,

                **Defendants.**

15CV5592 (NSR)(LMS)

<u>ORDER</u>

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.**

On August 21, 2020, Plaintiff filed his inquest submission. Docket # 91. If Defendants wish to file an opposition, they shall serve and file their opposition by **no later than September 18, 2020**. Plaintiff shall serve and file his reply, if any, by **no later than September 25, 2020**.

Dated: September 3, 2020
      White Plains, New York

                                **SO ORDERED**,

                                _____
                                Lisa Margaret Smith
                                United States Magistrate Judge
                                Southern District of New York