UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMIRO LEMUS, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>   - *against* -<br><br>TODD PEZZEMENTI and NORTHERN TREE SERVICE,<br><br>                    Defendants. | 15-cv-5592 (NSR) (AEK)<br><br>**ORDER** |

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

   Both parties have filed documents containing personally identifying information that must be placed under seal.  Accordingly, the Court respectfully directs that the Clerk of Court place the following documents under seal, viewable only by the Court and the parties to the case: ECF Nos. 91-2, 102-1, 102-3, 113-1, and 113-2.

Dated:  December 6, 2022
            White Plains, New York

                              **SO ORDERED**,

                              _____
                              ANDREW E. KRAUSE
                              United States Magistrate Judge