UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RAMIRO LEMUS,

                Plaintiff,                    15 **CIVIL** 5592 (NSR)(AEK)

     -against-                                **JUDGMENT**

TODD PEZZEMENTI and NORTHERN TREE
SERVICE,

                Defendants.
------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 29, 2023, the Court has adopted the R & R in its entirety. A monetary judgment is entered in favor of Plaintiff, in accordance with the R & R, for : (1) $12,000.00 representing overtime wages; (2) $229.25 in unpaid wages; (3) $12,000.00 in liquidated damages; (4) pre-judgment interest on the total award of NYLL damages (i.e., items (1) and (2)) of $12,229.25 from December 9, 2013 until the date of entry of judgment at the rate of 9 percent per annum, in the amount of $10,798.26; (5) $702.25 in damages for medical expenses; (6) $20,000.00 in damages for past pain and suffering; (7) pre-judgment interest on the award of damages for past pain and suffering from June 16, 2023, the date of the Report and Recommendation, until the date of entry of judgment at the rate of 9 percent per annum, in the amount of $517.81; (8) $1,100.05 in costs; (9) $10,000.00 in punitive damages; and (10) post-judgment interest in accordance with 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York

       September 29, 2023

                                                                     **RUBY J. KRAJICK**

                                                                        **Clerk of Court**

                                       **BY:**     *K. Mango*

                                                                            **Deputy Clerk**